Submitted November 15, 1948; decided November 24, 1948.

Motion for reargument and to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 119.]